

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7708** |
| **WARDEN LYNN COOPER** | **SECTION "F"(2)** |

## <u>O R D E R</u>

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Michael Harris for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 8th day of SEPT, 2010.

_____
UNITED STATES DISTRICT JUDGE

```
__Fee_____
__Process____
_x_Dktd_____
__CtRmDep___
__Doc. No.___
```